

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00039-CV

IN THE INTEREST OF C.M.H.G., A
CHILD

----------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

The trial court signed an "Interlocutory Order Adjudicating Parentage under § 160.608 of the Family Code" on October 15, 2010, and Appellant subsequently filed a motion for new trial and a notice of appeal. Concerned that we did not have jurisdiction over the appeal because the October 15, 2010 order did not appear to be a final judgment or appealable interlocutory order, we notified the

---

[1]*See* Tex. R. App. P. 47.4.

parties that the appeal could be dismissed for want of jurisdiction. Appellant responded and requested that we abate the appeal so that the trial court could determine any remaining issues and prepare a final judgment. We then abated this appeal and ordered that a clerk's record containing the final judgment be filed not later than April 4, 2011, but we also stated that if the clerk's record containing a final judgment was not filed by that date, the appeal could be dismissed for want of jurisdiction. No clerk's record or final judgment has been filed in this court. Accordingly, this appeal is dismissed, without prejudice, for want of jurisdiction.[2] *See* Tex. R. App. P. 42.3(a), 43.2(f).

ANNE GARDNER
JUSTICE

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: May 5, 2011

---

[2]Appellant's motion for extension of time to file clerk's record is denied as moot.